United States District Court
Southern District of Texas
**ENTERED**
March 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEPORT LNG DEVELOPMENT, SISWANTO SUDIRO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-20-4352 |
| CHAD WOLF, Secretary, Department of Homeland Security, et al, | § § § § | |
| Defendants. | § § § | |

# ORDER

IT IS HEREBY ORDERED that based upon the pleadings and evidence presented, the above-referenced action against Defendants is DISMISSED.

SIGNED at Houston, Texas this **Feb. 26** 2021.

SIM LAKE
United States District Judge